```
                                              F I L E D
                                           IN CLERK'S OFFICE
                                       U.S. DISTRICT COURT E.D.N.Y.

                                       ★     FEB 06 2018      ★

                                           LONG ISLAND OFFICE
```

UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTOPHER ULRICH, individually and on behalf of all others similarly situated,

                                      Plaintiffs,

              - against -

SMITH HAVEN CHRYSLER,

                                      Defendants.

Case No.: 2:17-cv-06959 (ADS)(AKT)

**NOTICE OF DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)**

NOTICE: Plaintiff hereby dismisses the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment.

Dated: February 5, 2018
       Carle Place, New York

                                                        /s/
                                          Jeffrey K. Brown, Esq.
                                          **LEEDS BROWN LAW, P.C.**
                                          One Old Country Road, Suite 347
                                          Carle Place, New York 11514
                                          Tel: (516) 873-9550
                                          jbrown@leedsbrownlaw.com

                                          *Attorneys for Plaintiffs and the Class*

**Case closed.  SO ORDERED.**

s/ Arthur D. Spatt
_____                                            2/6/18
Arthur D. Spatt, U.S.D.J.                                                Date